IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                                              :
*In re*:                                                      :    Chapter 15
                                                              :
**ESSAR STEEL ALGOMA INC.**                                   :    Case No. 15–12271 (BLS)
                                                              :
    Debtor in a foreign proceeding.                       :    Re: Docket No. 2
                                                              :
Tax I.D. No. 132470642 (Canada)                               :
------------------------------------------------------------- x
                                                              :
*In re:*                                                      :    Chapter 15
                                                              :
**ESSAR STEEL ALGOMA INC. USA**                               :    Case No. 15– 12270 (BLS)
                                                              :
    Debtor in a foreign proceeding.                       :    Re: Docket No. 2
                                                              :
Tax I.D. No. 42-1768788 (Delaware)                            :
------------------------------------------------------------- x
                                                              :
*In re*:                                                      :    Chapter 15
                                                              :
**ESSAR TECH ALGOMA INC.**                                    :    Case No. 15– 12274 (BLS)
                                                              :
    Debtor in a foreign proceeding.                       :    Re: Docket No. 2
                                                              :
Corp. I.D. No. BC1018811 (British Columbia)                   :
------------------------------------------------------------- x
                                                              :
*In re*:                                                      :    Chapter 15
                                                              :
**ESSAR STEEL ALGOMA (ALBERTA) ULC**                          :    Case No. 15– 12273 (BLS)
                                                              :
    Debtor in a foreign proceeding.                       :    Re: Docket No. 2
                                                              :
Corp. I.D. No. 2018396883 (Alberta)                           :
------------------------------------------------------------- x

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :    Chapter 15
                                                         :
CANNELTON IRON ORE COMPANY                               :    Case No. 15– 12272 (BLS)
                                                         :
         Debtor in a foreign proceeding.                 :    Re: Docket No. 2
                                                         :
Tax I.D. No. 55-0529965 (Delaware)                       :
-------------------------------------------------------- x
```

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 15 CASES PURSUANT TO BANKRUPTCY RULE 1015(b)

Upon the motion (the "**Motion**")[1] of Essar Steel Algoma Inc. ("**Algoma Canada**"), the foreign representative (the "**Foreign Representative**") of the above-captioned debtors (collectively, "**Algoma**" or the "**Debtors**") for entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**") authorizing joint administration of Algoma's chapter 15 cases for procedural purposes only (the "**Order**"), all as more fully described in the Motion; and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and Algoma having consented to the Court's authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

relief requested in the Motion (the "**Hearing**"); and upon the Sandoval Declaration, Ciardullo Declaration, Recognition and Relief Motion, and Memorandum of Law, filed contemporaneously with the Motion, the record of the Hearing and all of the proceedings had before the Court; and it appearing that the relief requested by the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 15 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 15-12271 (BLS).

3. The Clerk of this Court shall maintain one file and one docket for these jointly administered cases, which file and docket for all of these chapter 15 cases shall be the file and docket for Essar Steel Algoma Inc., Case No. 15-12271 (BLS).

4. The caption of the jointly administered cases shall read as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re:* | : | **Chapter 15** |
| **ESSAR STEEL ALGOMA INC., *et al.*,**[1] | : | **Case No. 15– 12271 (BLS)** |
| **Debtors in a foreign proceeding.** | : | **(Jointly Administered)** |

---

[1] The Debtors in the foreign proceeding and the last four digits of each Debtor's United States Tax Identification Number, Canadian Business Number, or Provincial Corporation Number, as applicable, are as follows: Essar Steel Algoma Inc. (0642), Essar Steel Algoma Inc. USA (8788), Essar Steel Algoma (Alberta) ULC (6883), Essar Tech Algoma Inc. (8811), and Cannelton Iron Ore Company (9965). The Debtors' principal offices are located at 105 West Street, Sault Ste. Marie, Ontario P6A 7B4, Canada.

5. A docket entry shall be made in each of the above-captioned cases, except in the case of lead-debtor Essar Steel Algoma Inc., substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 15 cases of Essar Steel Algoma Inc., Essar Steel Algoma Inc. USA, Essar Steel Algoma (Alberta) ULC, Essar Tech Algoma Inc., and Cannelton Iron Ore Company. The docket in Case No. 15-12271 (BLS) should be consulted for all matters affecting this case.

6. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of these chapter 15 cases.

7. The Foreign Representative is authorized to (a) utilize a combined service list for Algoma's jointly administered cases and (b) send combined notices to creditors of the Debtors' estates and other parties in interest as applicable.

8. The Foreign Representative is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

9. Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry, and the Clerk is hereby directed to enter this Order on the docket in each chapter 15 case of the Debtors.

10. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Nov 10, 2015
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE